No. 88–196.   FLORIDA v. POTTS.   Sup. Ct. Fla.   Motion of respondent for leave to proceed *in forma pauperis* granted.   Certiorari denied.

No. 88–201.   FLORIDA v. CASO.   Sup. Ct. Fla.   Motion of respondent for leave to proceed *in forma pauperis* granted.   Certiorari denied.

No. 87–2016.   BRANDT v. BRANDT.   Ct. App. Minn.   Certiorari denied.   JUSTICE BLACKMUN took no part in the consideration or decision of this petition.

No. 87–2093.   INDIANA HOSPITAL ET AL. v. MILLER.   C. A. 3d Cir.   Certiorari denied.   JUSTICE BLACKMUN took no part in the consideration or decision of this petition.

No. 87–7238.   MARTIN v. SHUGHART ET AL.   C. A. 4th Cir.   Certiorari denied.   JUSTICE BLACKMUN took no part in the consideration or decision of this petition.

No. 87–2025.   PEREZ v. SCRIPPS-HOWARD BROADCASTING CO. ET AL.   Sup. Ct. Ohio.   Certiorari denied.   THE CHIEF JUSTICE took no part in the consideration or decision of this petition.

No. 87–2027.   COLORADO v. WESTERN PAVING CONSTRUCTION Co.   C. A. 10th Cir.   Certiorari denied.   JUSTICE BLACKMUN would grant certiorari.

No. 87–2083.   MOZART CO. v. MERCEDES-BENZ OF NORTH AMERICA, INC.   C. A. 9th Cir.   Certiorari denied.   JUSTICE WHITE would grant certiorari. ·

No. 87–2094.   TAUB v. KENTUCKY ET AL.   C. A. 6th Cir.   Certiorari denied.   JUSTICE BRENNAN, JUSTICE WHITE, and JUSTICE MARSHALL would grant certiorari.

No. 87–2096.   OAHU GAS SERVICE, INC. v. PACIFIC RESOURCES, INC., ET AL.   C. A. 9th Cir.   Certiorari denied.   JUSTICE BRENNAN and JUSTICE WHITE would grant certiorari.